

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

TANNER JONES

Plaintiffs,

v.

CHICAGO HOUSING AUTHORITY (CHA) et al.

Defendants.

Case No.
**1:24-cv-09383**
**Judge Andrea R. Wood**
**Magistrate Judge Jeffrey Cole**
**RANDOM / CAT. 2**

**RECEIVED**
10/2/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Tanner Jones, pro se, alleges as follows:

This is a civil rights action arising from the unlawful seizure of Plaintiff's property and a constructive eviction without due process of law, in violation of Plaintiff's Fourth and Fourteenth Amendment right to the United States Constitution, 42 U.S.C. § 1983, the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.), and the Fair Housing Act (42 U.S.C. § 3601 et seq.). Plaintiff, an 18-year-old individual with a disability acquired at birth, has resided at 633 E. 40th Street, Chicago, IL 60653("home") since at or about April 1, 2011, when he and his siblings moved in with their mother, Anna Jones.

1. On September 19, 2024, Plaintiff returned home to find the premises boarded up and understood that Plaintiff's personal belongings were locked inside, rendering him immediately homeless and deprived of his property. This action was taken despite Plaintiff not being served a summons or complaint or being named in any eviction proceedings or orders, constituting an illegal search and seizure under the Fourth Amendment.

2. The eviction judgment dated August 30, 2023, the order extending that judgment dated June 18, 2024, and the order staying the eviction dated September 9, 2024, named "Anna Jones, Tyler Jones and all Unknown occupants" to be evicted. Plaintiff is not Anna Jones, Tyler Jones, or an "Unknown occupant," but rather a

1

    long-term tenant with established residency rights, whose due process rights under the Fourteenth Amendment have been violated.

3. Plaintiff's mother, Anna Jones, has been seeking necessary repairs and facing retaliation for doing so for an extended period of time, contributing to the ongoing housing issues and ultimate unlawful eviction. This retaliation likely violates the Fair Housing Act's anti-retaliation provisions (42 U.S.C. § 3617).

4. Defendants' actions have violated Plaintiff's constitutional rights and federal statutes, including the Fourth Amendment protection against unreasonable searches and seizures, the Fourteenth Amendment right to due process, the Americans with Disabilities Act's protections against discrimination and retaliation (42 U.S.C. § 12203), and the Fair Housing Act's prohibitions on discriminatory housing practices.

5. Plaintiff hereby demands a trial by jury on all issues so triable.

WHEREFORE, Plaintiff seeks declaratory and injunctive relief, as well as damages, for the unlawful deprivation of their property and housing, which has caused significant harm including homelessness and loss of essential personal items necessary for daily living, education, and employment.

                                          _____

                                          Respectfully Submitted

                                          Tanner Jones

Tanner Jones

Mail Address: 633 E. 40th Street,

Chicago, IL 60653

Pro Se Litigant

TannerE445@gmail.com